*Nathaniel W. Howell* v. *James L. Ripley et al.* *James Holford* v. *George Spafford and wife.* C. G. HAVENS, for appellant; M. M. DAVIDSON, for respondent. Order appealed from reversed with costs. Proceedings to be remitted.

*Nehemiah Brush* v. *James Anderson.* L. H. SANDFORD, for appellant; S. SHERWOOD, for respondent. Decided in this case that an order for the production of copartnership books which belong equally to both parties to the suit, may be obtained as a matter of course where the defendant swears that he is unable to put in a full and perfect answer without an inspection of such books.

*Production of books.*

Order appealed from affirmed, and cause remitted to vice chancellor.

*Valentine Everitt et al. Ex'rs, &c.* v. *George Watts.* M. S. BIDWELL, for appellant; J. P. ROLFE, for respondents.

*Plea when to be supported by answer.*

Decided that a defendant who, to a bill for an account, puts in a plea denying the existence of a partnesrship, must support it by an answer and discovery as to every circumstance charged in the bill as evidence of the partnership.

Decision of the vice chancellor overruling plea, affirmed with costs.

*William Johnson* v. *George L. Thatcher.* WARING & RALPH, for appellant; C. JUDSON, for respondent. Order appealed from affirmed with costs, and interest allowed on amount of fine imposed, by way of damages by reason of the appeal; with liberty to prosecute appeal bond if amount is not paid in ten days after service of taxed bill of costs.